BROMWELL BRUSH & WIRE GOODS CO. v. STATE BOARD OF CHARITIES AND CORRECTIONS. (Circuit Court of Appeals, Sixth Circuit. January 17, 1923.) No. 3707. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Suit by the Bromwell Brush & Wire Goods Company against the State Board of Charities and Corrections. Judgment for defendant (286 Fed. 737), and plaintiff brings error. Affirmed. See, also, 279 Fed. 440. Certiorari denied, 43 Sup. Ct. 702, 67 L. Ed. ——. U. J. Howard, of Covington, Ky. (Myers & Howard, of Covington, Ky., on the brief), for plaintiff in error. Charles I. Dawson, Atty. Gen. (Charles I. Dawson, Atty. Gen., on the brief), for defendant in error. Before KNAPPEN, DENISON, and DONAHUE, Circuit Judges.

PER CURIAM. It appearing to the satisfaction of this court that the state board of control of the commonwealth of Kentucky had no power to make the contract for whose asserted breach this action was brought, and that the District Court properly sustained, for that reason, defendant's general demurrer to plaintiff's petition and dismissed the cause, the judgment of the District Court of the United States for the Eastern District of Kentucky is hereby affirmed, for the reasons stated in the opinion of the District Judge, without consideration of the other presented defenses to the action, but without prejudice to such other remedy, if any, as plaintiff may have with respect to the warehouse erected by plaintiff upon the premises of the state board of charities and corrections of the commonwealth of Kentucky.

---

BRYANT v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 5, 1923.) No. 6275. In Error to the District Court of the United States for the Eastern District of Oklahoma. T. N. Robnett, of Sulphur Springs, Okl., for plaintiff in error. Frank Lee, U. S. Atty., of Muskogee, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi), etc.

---

BURG v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 10, 1923.) No. 6260. In Error to the District Court of the United States for the District of Nebraska. Lee Mullins, of Rockport, Mo., for plaintiff in error. Donald W. Stewart, of Chicago, Ill., Asst. U. S. Atty.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C A. xi).

---

CHAPMAN v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 14, 1922.) No. 6242. In Error to the District Court of the United States for the District of Nebraska. George M. Tunison, of Omaha, Neb., for plaintiff in error. George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

COOPER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. April 30, 1923.) No. 6351. In Error to the District Court of the United States for the Western District of Oklahoma. J. Q. A. Harrod, of Oklahoma City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi), etc.